_____ FILED    _____ ENTERED
_____ LODGED    _____ RECEIVED

AUG 1 3 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

CR14    244RSM
CASE NO.

Plaintiff,

ORDER ISSUING BENCH WARRANT

v.

REZA DINDAR,
a/k/a "Renda Dindar,"

Defendant.

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 13th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES  XX  NO ____**

ORDER ISSUING BENCH WARRANT – 1